MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JUAN ALEJO-ALEJO, )<br>)<br>   Defendant. )<br>)<br>_____ ) | No.   CR 04-20135-RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING TO<br>July 30, 2012 |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for Monday, July 16, 2012 at 9:00am be vacated, and that the hearing be re-set for July 30, 2012 at ; ⊲20"am. Government counsel will be out of state to attend a family event. No time exclusion order is necessary.

DATED: July 10, 2012           MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           ANN MARIE E. URSINI
                                           Special Assistant United States Attorney

                                           ___/s/_____
                                           VARELL FULLER
                                           Attorney for Defendant

**[] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for July 16, 2012 at 9:00am is vacated, and the matter is continued to July 30, 2012 at ; :00"am.

IT IS SO ORDERED.

DATED: Ï ĐĦĐG

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE